IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INNOCENT CEDENO<br><br>              Plaintiff,<br><br>v.<br><br>ANFI COLLECTIONS, LEADING EDGE RECOVERY SOLUTIONS, LLC., ASSET ACCEPTANCE LLC., MIDLAND CREDIT MGMT, INC. JC CHRISTENSEN & ASSOCIATES, INC. CAVALRY PORTFOLIO SERVICES, LLC, VERRI FACT, INC. and NCO FINANCIAL SYSTEMS<br><br>              Defendants. | CIVIL ACTION NO. 14-cv-10158-RGS |

**NCO FINANCIAL SYSTEMS, INC.'S MOTION TO DISMISS COMPLAINT**

NCO Financial Systems, Inc. ("NCO") moves, pursuant to Fed. Civ. P. 12(b)(6), to dismiss plaintiff's complaint for failure to state a claim upon which relief may be granted. Plaintiff's allegations regarding the alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), the Telephone Consumer Protection Act ("TCPA"), and G.L. c.93A all fail to state a claim upon which relief may be granted because the allegations are purely formulaic and therefore fail to support a plausible claim for relief.

Plaintiff's allegations regarding alleged violations of the Fair Credit Reporting Act ("FCRA") fail to state a claim upon which relief may be granted because they are based on the unsupported and rejected theory that collection agencies that are attempting to collect credit card debt are not permitted under the FCRA to access a debtor's credit report.  Since that theory is

incorrect and has been repeatedly rejected by Federal Courts, plaintiff's claims under the FCRA should be dismissed.

Wherefore, NCO Financial Systems, Inc. requests that this Court dismiss plaintiff's claims against NCO Financial Systems, Inc. with prejudice.

                                     Respectfully submitted,

                                     /s/ Jennifer L. Markowski
                                     Jennifer L. Markowski, BBO # 655927
                                     Peabody & Arnold LLP
                                     Federal Reserve Plaza
                                     600 Atlantic Avenue
                                     Boston, MA  02210-2261
                                     Tel:  617.951.2010
                                     Fax: 617.951.2125
                                     jmarkowski@peabodyarnold.com
                                     Attorney for Defendants,
                                     NCO Financial Systems, Inc.

Dated: February 24, 2014

## CERTIFICATE OF SERVICE

I certify that on this 24th day of February, 2014, a copy of the foregoing **Motion to Dismiss** was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, and will be mailed to the party identified below.  Parties may access this filing through the Court's system.

    Innocent S. Cedeno
    140 Palisades Circle
    Stoughton, MA 02072


                            By:    /s/ Jennifer L. Markowski
                                     Jennifer L. Markowski, Esquire
                                     Attorney for Defendant,
                                     NCO Financial Systems, Inc.

816615_1 15633-98085