# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Innocent Cedeno,
          Plaintiff(s),

V.                                      **CIVIL ACTION NO. 1:14cv10158 - RGS**

ANFI Collections, et al.,
          Defendant(s).

## ORDER OF DISMISSAL

STEARNS, DJ.                                   **April 1, 2014**

      In accordance with this Court's Electronic Order entered on March 27, 2014, it is hereby ordered that the above-entitled action be dismissed.

      Case closed.

                        SO ORDERED.

                        RICHARD G. STEARNS
                        UNITED STATES DISTRICT JUDGE

            BY:        */s / Terri Seelye*
                        Deputy Clerk